■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LO CICERO, CARLO LO CICERO and JOHN SAPONARO, Appellants.— These appeals insofar as they were from judgments of the County Court, Westchester County, rendered November 8, 1963, have been held in abeyance pending determination of a hearing on their motion to suppress evidence (*People* v. *Lo Cicero,* 25 A D 2d 784). The hearing has been held and determined adversely to defendants. On the court's own motion, the appeals are ordered placed on the calendar for the April Term, which begins March 25, 1968, for reargument upon all the issues. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT THOMAS, Appellant.— This appeal from a judgment of the County Court, Suffolk County, rendered September 6, 1963, has been held in abeyance pending determination of a *Huntley* hearing (*People* v. *Thomas,* 24 A D 2d 466). Such hearing has been held and determined adversely to defendant. On the court's own motion, the appeal is ordered placed on the calendar for the May Term, which begins April 22, 1968, for reargument upon all the issues. Respondent must serve and file his supplemental brief before April 12, 1968 (appellant has served and filed his supplemental brief); and appellant may, if he be so advised, serve and file his reply brief on or before April 22, 1968. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of the Application of MORTON H. BLUMENREICH, Also Known as MORDECAI HYMAN BLUMENREICH, for Admission to the Bar.— Application for admission to the Bar denied, without prejudice to renewal after the applicant shall have established an actual residence in New York and shall have complied with all requirements as to residence in New York (CPLR 9406; Rules of the Court of Appeals for Admission of Attorneys and Counselors-at-Law, rule II). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of the Application of JEROME BRICKER for Admission to the Bar.— Renewed application for admission to the Bar denied. The applicant has failed to comply with all requirements as to residence in New York (CPLR 9406; Rules of the Court of Appeals for Admission of Attorneys and Counselors-at-Law, rule II). The court passes on no other question involved in this application at this time. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ ASSOCIATES DISCOUNT CORPORATION, Appellant, v. VINTAGE CAR STORE, INC., Respondent.— Appeal by plaintiff, as limited by its brief, from so much of an order of the Supreme Court, Rockland County, entered January 25, 1967 as, on reargument, adhered to the original decision denying plaintiff's motion for partial summary judgment. Order affirmed insofar as appealed from, with $10 costs and disbursements. In our opinion, section 66 of the Personal Property Law, applicable in this action, required, before the enactment of the Uniform Commercial Code which eliminated the local filing system, that a conditional sale contract of a buyer who resides in a city in which there is a County Clerk's office be filed in the office of that County Clerk. Therefore, the instant contract, filed in the office of the County Clerk of Onondaga County, was not misfiled. However, affirmance is required on this appeal because there are triable issues of fact present. Beldock, P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.